```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 13-01095-RNO
Willie James Phillips, Jr                                                               Chapter 13
      Debtor                            CERTIFICATE OF NOTICE
District/off: 0314-1           User: DDunbar                Page 1 of 3                 Date Rcvd: Jun 21, 2017
                               Form ID: ntpasnh             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2017.
db             +Willie James Phillips, Jr,    1026 Buttonwood Drive,    Harrisburg, PA 17109-5307
4271998        +AMEX,   PO BOX 297871,    FORT LAUDERDALE, FL 33329-7871
4340900         American Express Centurion Bank,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
4898024        +Bayview Loan Servicing,    285 Grand Avenue 200,    Southlake, TX 76092-7657
4271999        +CAP1/BOSCOV,   PO BOX 5253,   CAROL STREAM, IL 60197-5253
4272000         CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p,     PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
4339746        +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,    Norfolk VA 23541-0907
4272004        +CHASE,   800 BROOKSEDGE BLVD,   WESTERVILLE, OH 43081-2822
4272005        +CHASE HOME FINANCE,    BANKRUPTCY DEPARTMENT,    3415 VISION DRIVE,    COLUMBUS, OH 43219-6009
4272006        +COLL SVC CENTER,    PO BOX 1091,   HERMITAGE, PA 16148-0091
4272008         COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                 HARRISBURG, PA 17121-0946
4272009        +COMPUTER CREDIT, INC,    CLAIM DEPT 083307,    640 W FOURTH STREET,    PO BOX 5238,
                 WINSTON SALEM, NC 27113-5238
4370601         CitiFinancial Services, Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
4272011        +GECRB/ASHFURN,    BANKRUPTCY DEPT,   PO BOX 103106,    ROSWELL, GA 30076-9106
4377966        +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,   Columbus, OH 43219-6009
4272015        +LOWER PAXTON TOWNSHIP AUTHORITY,    425 PRINCE STREET,    HARRISBURG, PA 17109-3053
4278923         MARINER FINANCE LLC,    8211 TOWN CENTER DR,    BALTIMORE, MD 21236-5904
4272016        +MARINER FINANCE LLC,    3872 UNION DEPOSIT ROAD,    HARRISBURG, PA 17109-5919
4272017        +NCFCU,   PO BOX 658,    NEW CUMBERLAND, PA 17070-0658
4272019        +NTB/CBNA,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4272024        ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
                 (address filed with court: T-MOBILE BANKRUPTCY DEPT,    PO BOX 37380,    ALBUQUERQUE, NM 87176)
4272025        +VA MORTGAGE GUARANTEE,    DEPT VETS AFFAIRS, REGIONAL LOAN CENTER,    1240 EAST NINTH STREET,
                 CLEVELAND, OH 44199-2001
4492156         eCAST Settlement Corporation,    PO Box 28136,    New York, NY   10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 21 2017 19:03:04
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr             +E-mail/Text: bnc@bass-associates.com Jun 21 2017 19:02:03     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr             +E-mail/Text: bnc@bass-associates.com Jun 21 2017 19:02:03     ECAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   Mary Vanatta, Admin. Assistant,    3936 E Ft. Lowell Rd Ste 200,
                 Tucson, AZ 85712-1083
cr              E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 21 2017 19:03:01     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,   ST CLOUD, MN   56302-9617
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 19:11:45
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
4278051         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 21 2017 19:11:48
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
4878154        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 21 2017 19:03:04
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
4878153        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 21 2017 19:03:04
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
4272002         E-mail/Text: bankruptcy@cashcall.com Jun 21 2017 19:03:09     CASHCALL INC,
                 1600 S DOUGLASS ROAD,   ANAHEIM, CA 92806
4313644        +E-mail/Text: bncmail@w-legal.com Jun 21 2017 19:02:59     CASHCALL, INC.,
                 C/O WEINSTEIN & RILEY, PS,   2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
4331462        +E-mail/Text: bncmail@w-legal.com Jun 21 2017 19:02:59     CERASTES, LLC,
                 C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4272003        +E-mail/Text: dehartstaff@pamd13trustee.com Jun 21 2017 19:03:05      CHARLES J DEHART, III, ESQ.,
                 8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
4272007         E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 21 2017 19:03:15     COMM OF PA DEPT L&I,
                 READING B&C UNIT UTCS,   625 CHERRY ST ROOM 203,    READING, PA 19602-1152
4291766        +E-mail/Text: bnc@bass-associates.com Jun 21 2017 19:02:02     Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
4272010        +E-mail/Text: mrdiscen@discover.com Jun 21 2017 19:02:03     DISCOVER FINANCIAL SERVICES LLC (p),
                 PO BOX 3025,   NEW ALBANY, OH 43054-3025
4274095         E-mail/Text: mrdiscen@discover.com Jun 21 2017 19:02:03     Discover Bank,
                 DB Servicing Corporation,   PO Box 3025,    New Albany, OH  43054-3025
4272012        +E-mail/PDF: gecsedi@recoverycorp.com Jun 21 2017 19:06:26     GECRB/LOW,
                 BANKRUPTCY DEPARTMENT,   PO BOX 103106,    ROSWELL, GA 30076-9106
4272013         E-mail/Text: cio.bncmail@irs.gov Jun 21 2017 19:02:45     INTERNAL REVENUE SERVICE - CIO,
                 PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4342979         E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 21 2017 19:03:01      Jefferson Capital Systems LLC,
                 PO BOX 7999,   SAINT CLOUD MN 56302-9617
```

Case 1:13-bk-01095-RNO    Doc 57    Filed 06/23/17    Entered 06/24/17 00:44:34    Desc
                          Imaged Certificate of Notice    Page 1 of 4

```
District/off: 0314-1            User: DDunbar                 Page 2 of 3                   Date Rcvd: Jun 21, 2017
                                Form ID: ntpasnh              Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4336236         E-mail/PDF: resurgentbknotifications@resurgent.com Jun 21 2017 19:06:17
                 LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
4272018        +E-mail/Text: bnc@nordstrom.com Jun 21 2017 19:02:41      NORDSTROMFSB,   PO BOX 13589,
                 SCOTTSDALE, AZ 85267-3589
4275731        +E-mail/Text: bnc@nordstrom.com Jun 21 2017 19:02:41      Nordstrom fsb,   P.O. Box 6566,
                 Englewood, CO 80155-6566
4272020         E-mail/PDF: cbp@onemainfinancial.com Jun 21 2017 19:06:14      ONEMAIN FINANCIAL,   PO BOX 6042,
                 SIOUX FALLS, SD 57117-6042
4272021        +E-mail/Text: schesek@pinnaclehealth.org Jun 21 2017 19:02:49      PINNACLE HEALTH HOSPITALS,
                 PO BOX 2353,   HARRISBURG, PA 17105-2353
4342081         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 19:11:48
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4508039         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 19:11:40
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4508040         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 21 2017 19:29:37
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk, VA 23541
4272022        +E-mail/Text: bankruptcynotices@psecu.com Jun 21 2017 19:03:06       PSECU,   PO BOX 67013,
                 HARRISBURG, PA 17106-7013
4492155        +E-mail/Text: bnc@bass-associates.com Jun 21 2017 19:02:03       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,   Tucson, AZ 85712-1083
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4272001         CAROLYN A PHILLIPS (DECEASED)
cr*             ECast Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
4272014*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,    PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4272023       ##+SEARS BANKRUPTCY RECOVERY,   PO BOX 20363,   KANSAS CITY, MO 64195-0363
                                                                                 TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2017                                          Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2017 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Bass and Associates PC    on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
              Celine P DerKrikorian    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Willie James Phillips, Jr DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Heather Stacey Riloff    on behalf of Creditor   The Pennsylvania State Employees Credit Union
               heather@mvrlaw.com, Michelle@mvrlaw.com
              Joshua I Goldman    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Willie James Phillips, Jr karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Martha E Von Rosenstiel    on behalf of Creditor   The Pennsylvania State Employees Credit Union
           marty@mvrlaw.com,  diane@mvrlaw.com
          Thomas I Puleo    on behalf of Creditor   JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Willie James Phillips Jr<br>aka Willie James Phillips, fdba Phillips Commercial Cleaning<br>**Debtor(s)** | Chapter: 13<br>Case number: 1:13−bk−01095−RNO<br>Document Number: 53<br>Matter: Motion for Mortgage Modification |
| Bayview Loan Servicing, LLC<br>**Movant(s)**<br><br>vs.<br><br>Willie James Phillips, Jr aka Willie James<br>Phillips fdba Phillips Commercial Cleaning<br>and Charles J. DeHart, III, Trustee<br>**Respondent(s)** | |

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **July 12, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 21, 2017 |