# MOTT & GENDRON LAW

### *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

Dorothy L. Mott, Esquire                                    Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                         Fax: (717) 232-0477

July 5, 2017

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET
PO BOX 908
HARRISBURG, PA 17108-0908

Re:   Willie James Phillips, Jr
        Bankruptcy No:1:13-bk-01095

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

GECRB/ASHFURN
BANKRUPTCY DEPT
PO BOX 103106
ROSWELL, GA 30076

to:

GECRB/ASHFURN
C/O SYNCB/ASHFRN
PO BOX 965064
ORLANDO, FL 32896

Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
 Edith Warfel Secretary to
Dorothy L. Mott, Attorney at Law