IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIE JAMES PHILLIPS, JR | : | |
| AKA WILLIE JAMES PHILLIPS; FDBA | : | CASE NO. 1:13-bk-01095 |
| PHILLIPS COMMERCIAL CLEANING | : | |
|    Debtor | : | |
| | : | |

## MOTION TO MODIFY PLAN

COMES NOW the Debtor, by and through Kara K. Gendron, Esquire of Mott & Gendron Law, and moves to amend the Chapter 13 Plan, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Bankruptcy Petition on March 4, 2013.
2. The Debtor obtained a loan modification and seeks to amend his plan accordingly and pay attorney fees through the amended plan.

WHEREFORE, the Debtor moves to modify the plan as provided in the Amended Plan.

        Respectfully submitted,

        /s/ Kara K. Gendron
        _____
        Kara K. Gendron, Esquire
        Attorney ID #: 87577
        Mott & Gendron Law
        125 State Street
        Harrisburg, PA 17101
        (717) 232–6650 TEL
        (717) 232-0477 FAX
        karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| WILLIE JAMES PHILLIPS, JR | : | |
| aka Willie James Phillips; fdba Phillips | : | CASE NO. 1:13-bk-01095 |
| Commercial Cleaning | : | |
|     Debtor | : | |
| | : | |

## ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtor is granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.