Certificate Number: 11546-PAM-DE-030565257

Bankruptcy Case Number: 13-01095


11546-PAM-DE-030565257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 12, 2018</u>, at <u>8:00</u> o'clock <u>PM CST</u>, <u>Willie Phillips Jr.</u> completed a course on personal financial management given <u>by telephone</u> by <u>The Mesquite Group, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 13, 2018</u>     By:     <u>/s/Melissa Atilano for Susan Forrer</u>

Name: <u>Susan Forrer</u>

Title: <u>Counselor</u>